**DISMISS and Opinion Filed October 16, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00271-CV

## ORLANDO LEON KING, Appellant
## V.
## VISTA MONTANA APT., Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-08077-D**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Partida-Kipness

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 29, 2024. By postcard dated August 30, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240271F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ORLANDO LEON KING, Appellant

No. 05-24-00271-CV      V.

VISTA MONTANA APT., Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-08077-D.
Opinion delivered by Justice Partida-Kipness. Justices Goldstein and Miskel participating.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 16th day of October 2024.